IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

        Plaintiff,                    No. CIV S-10-1739 GEB KJM PS

   vs.

REYNALDO AMODO,

        Defendant.              <u>ORDER</u>

/

        This matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 23, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed July 23, 2010, are adopted in full; and

2. The above-entitled action is summarily remanded to the Superior Court of California, County of San Joaquin.

Dated: August 25, 2010

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge